**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7516**

STEVEN LEE ADKINS, JR.,

Plaintiff - Appellant,

v.

CAPTAIN TONEY; C.O. DEMPSEY; JOHN DOE #1; JOHN DOE #2,

Defendants - Appellees,

and

WARDEN DAVID BALLARD,

Defendant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., Senior District Judge. (2:18-cv-00342)

Submitted: February 10, 2022                              Decided: April 15, 2022

Before WYNN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Lee Adkins, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lee Adkins, Jr., appeals the district court's order accepting in part the recommendation of the magistrate judge and granting Appellees partial summary judgment on Adkins' 42 U.S.C. § 1983 complaint, as well as the district court's subsequent order granting Appellees' renewed motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Ballard*, No. 2:18-cv-00342 (S.D. W. Va. Feb. 25, 2020; Sept. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*